UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SOFOWORA, | 1:08-cv-01177-WMW  (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS |
| v. | |
| MICHAEL CHERTOFF, et al., | (DOCUMENT #19) |
| Respondents. _____/ | THIRTY-DAY DEADLINE |

   Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.  On December 22, 2008, petitioner filed a motion to extend time to file objections to defendants' response to Order to Show Cause.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Petitioner is granted thirty days from the date of service of this order in which to any objections..

IT IS SO ORDERED.

**Dated:   January 5, 2009**           /s/  William M. Wunderlich
                   UNITED STATES MAGISTRATE JUDGE