UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SOFOWORA, | 1:08-cv-01177 WMW  (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS |
| v. | |
| MICHAEL CHERTOFF, et al., | (DOCUMENT #21) |
| Respondents. | THIRTY DAY DEADLINE |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.  On January 12, 2009, petitioner filed a motion to extend time to file objections to respondent's motion to hold petition for writ of habeas corpus in abeyance filed on December 10, 2008 (Document #16).  Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his objections to respondent's motion filed on December 10, 2008.

IT IS SO ORDERED.

Dated:   January 15, 2009                        /s/  William M. Wunderlich
                                                UNITED STATES MAGISTRATE JUDGE