# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SOFOWORA, | ) Old case #1:08-CV-01177 JMD HC |
| Petitioner, | ) ORDER REQUIRING RESPONDENT TO APPRISE THE COURT OF PETITIONER'S |
| v. | ) CURRENT DEPORTATION STATUS |
| MICHAEL CHERTOFF, et al., | ) ORDER REQUIRING PARTIES TO BRIEF COURT IN LIGHT OF NINTH CIRCUIT |
| Respondents. | ) RULING |

Petitioner is a deportable alien in the custody of United States Immigration and Customs Enforcement (ICE) and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed the instant petition on August 12, 2008. On October 7, 2008, the Court issued an order requiring Respondent to submit an answering addressing the merits of the petition. Respondent filed a response on December 10, 2008, moving to hold the petition in abeyance pending the resolution of Petitioner's appeal in the Ninth Circuit.[1] Respondent also indicated that a bond hearing was scheduled for October 28, 2008.

Petitioner filed objections to the motion on January 23, 2009. Prior to the Court's adjudication of this motion, the Ninth Circuit denied in part and dismissed in part the petition for review submitted by Petitioner. *Sofowora v. Holder*, 330 Fed.Appx. 151 (9th Cir. 2009). As the Ninth Circuit ruling may implicate the merits of Petitioner's pending case, the Court finds additional briefing necessary to its adjudication of Petitioner's case.

---

[1] Petitioner's appeal of the district court's orders, case numbers 05-77343, 06-15150, and 06-17150, were consolidated by the Ninth Circuit.

Accordingly, the Court HEREBY ORDERS that:

1. Respondent is to apprise the Court of the outcome of the October 28, 2008 bond hearing and submit a supplement brief in light of the Ninth Circuit's decision in Petitioner's case within thirty days of the filing of this order.
2. Petitioner is to submit a reply brief within thirty days of Respondent's filing of the supplemental brief.

IT IS SO ORDERED.

**Dated:   January 8, 2010**          /s/ John M. Dixon
                                    UNITED STATES MAGISTRATE JUDGE